UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EUGENE JAMES,<br><br>        Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Respondent. | Case No. 2:21-cv-00987-JAM-JDP (HC)<br><br>FINDINGS AND RECOMMENDATIONS THAT PETITIONER'S MOTION FOR IMMEDIATE RELEASE BE DENIED<br><br>ECF No. 10 |

    Petitioner is a state prisoner seeking a writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. After screening the petition, I advised petitioner that I could not understand his claims and offered him an opportunity to file an amended petition. ECF No. 8. The day before that order was docketed, petitioner file a one page "motion for immediate release." ECF No. 10. Therein, he argues that the serious allegations in his petition show that he is in danger and that his immediate release from custody is justified. *Id.* The motion does not offer any additional context as to what those claims are or how they demonstrate that petitioner is at risk of physical harm. I recommend that it be denied.

    As I explained in my previous order, the petition at bar is so disorganized that I cannot understand the scope and nature of petitioner's claims. ECF No. 8 at 2. It necessarily follows that the petition cannot justify the extraordinary relief petitioner now seeks. Petitioner may renew

1

this motion for injunctive relief if and when he files an amended petition that better presents his claims.

It is RECOMMENDED that the motion for immediate release, ECF No. 10, be denied without prejudice.

These findings and recommendations are submitted to the U.S. District Court judge presiding over this case under 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within thirty days of the service of the findings and recommendations, petitioner may file written objections to the findings and recommendations with the court. That document must be captioned "Objections to Magistrate Judge's Findings and Recommendations." The district judge will then review the findings and recommendations under 28 U.S.C. § 636(b)(1)(C).

IT IS SO ORDERED.

Dated:     July 2, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2